294 So.2d 457

**In re J. C. McWILLIAMS**

**v.**

**STATE.**

**Ex parte J. C. McWilliams.**

**SC 784.**

Supreme Court of Alabama.

April 25, 1974.

Elno A. Smith, Jr., Montgomery, for petitioner.

No brief for the State.

FAULKNER, Justice.

Petition of J. C. McWilliams for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in McWilliams v. State, 294 So.2d 454 (3 Div. 237).

Writ denied.

HEFLIN, C. J., and MERRILL, HARWOOD, and MADDOX, JJ., concur.

■

290 So.2d 665

**In re Ronald Lee MARTZ**

**v.**

**STATE.**

**Ex parte Ronald Lee Martz.**

**SC 717.**

Supreme Court of Alabama.

Feb. 21, 1974.

David L. Thomas, Huntsville, for petitioner.

No brief for the State.

MERRILL, Justice.

Petition of Ronald Lee Martz for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in Martz v. State, 51 Ala. App., 290 So.2d 661.

Writ denied.

HEFLIN, C. J., and HARWOOD, MADDOX and FAULKNER, JJ., concur.